```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 22438
   ROGER L CONLEY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7000


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/30/2007 and was confirmed 02/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG NOTICE ONLY   NOT FILED            .00             .00
WELLS FARGO HOME MORTGAG CURRENT MORTG       .00            .00             .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE  31656.30            .00         1231.70
CBCS                     UNSECURED     NOT FILED            .00             .00
COMMONWEALTH EDISON      UNSECURED        596.52            .00             .00
PELLETTIERI & ASSOC      UNSECURED     NOT FILED            .00             .00
PELLETTIERI & ASSOC      UNSECURED     NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    3,331.50                        3,331.50
TOM VAUGHN               TRUSTEE                                          396.80
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                4,960.00

PRIORITY                                              .00
SECURED                                           1,231.70
UNSECURED                                             .00
ADMINISTRATIVE                                    3,331.50
TRUSTEE COMPENSATION                                396.80
DEBTOR REFUND                                         .00
                      ---------------      ---------------
TOTALS                 4,960.00                   4,960.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 22438 ROGER L CONLEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/24/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```